

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

IN RE: JOHNNY GREEN,

RELATOR.

§

§

§

§

No. 08-14-00051-CR

ORIGINAL PROCEEDING
ON PETITION FOR WRIT OF
MANDAMUS

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Thomas Wilder, District Clerk of Tarrant County, Dallas, Texas, and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 12TH DAY OF FEBRUARY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.